BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Citation No. 4426705 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| RAYMOND AVADIAN, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 4426705 against RAYMOND AVADIAN without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  July 13, 2016    Respectfully Submitted,
                         Benjamin B. Wagner
                         United States Attorney

                    By:  /s/ Christopher R. Pilch
                         Christopher R. Pilch
                         Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 4426705 against RAYMOND AVADIAN be dismissed without prejudice, in the interest of justice.

Dated: July  13 , 2016

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge